UNITED STATES of America,
Plaintiff—Appellee,

v.

Jesus Orlando HERNANDEZ–RA-
MIREZ, aka Jesus Orlando Hernan-
dez, aka Jesus Hernandez–Ramirez,
Defendant—Appellant.

No. 10–10247.

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2012.*

Filed July 19, 2012.

Christina Marie Cabanillas, Assistant
U.S., USTU–Office of the U.S. Attorney,
Tucson, AZ, for Plaintiff–Appellee.

Peter B. Keller, Esquire, Law Office of
Peter B Keller, Tucson, AZ, for Defen-
dant–Appellant.

Before: SCHROEDER, THOMAS, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Jesus Orlando Hernandez–Ramirez ap-
peals from his guilty-plea conviction and
51–month sentence for attempted illegal
reentry by a previously removed alien, in
violation of 8 U.S.C. § 1326(a). Pursuant
to *Anders v. California*, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernan-
dez–Ramirez's counsel has filed a brief
stating there are no grounds for relief,
along with a motion to withdraw as counsel
of record. We have provided the appellant
with the opportunity to file a pro se sup-
plemental brief. No pro se supplemental
brief or answering brief has been filed.

Our independent review of the record
pursuant to *Penson v. Ohio*, 488 U.S. 75,
80–81, 109 S.Ct. 346, 102 L.Ed.2d 300
(1988), discloses no arguable grounds for
relief on direct appeal.

Accordingly, counsel's motion to with-
draw is **GRANTED**, and the district
court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

